■ In the Matter of the Estate of BERNARD GOLDING, Deceased. MORRIS GOLDING, Respondent; HOWARD BAYER, Appellant.— Order, entered on or about June 3, 1960, as grants respondent's motion for a reargument of his motion to vacate in its entirety petitioner's demand for a bill of particulars dated February 16, 1960, and upon such reargument adhering to its original decision denying respondent's motion to vacate certain items contained in petitioner's demand for a bill of particulars, unanimously reversed, on the law, on the facts and in the exercise of discretion, with $20 costs and disbursements to the appellant, and the motion to vacate petitioner-respondent's demand for a bill of particulars in its entirety is granted, with $10 costs. The examination before trial of respondent-appellant, directing examination on "All the relevant and material allegations of fact put in issue by the pleadings herein", permits an appropriate and exhaustive inquiry into the entire subject matter

of the numerous items contained in the demand for a bill of particulars. Furthermore, the answer does not assert affirmative defenses and petitioner, in its lengthy demand, seeks evidentiary amplification of the allegations of his own petition. Concur — Botein, P. J., Rabin, Stevens and Eager, JJ.